UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07-176 (EGS) |
| : | |
| DONALD H. ROBERTS, : | |
| : | |
| Defendant. : | |

### MOTION TO DISCLOSE THIRD PARTY TAX RETURN INFORMATION

The United States of America, by and through its undersigned counsel, hereby respectfully moves this Court for an order requiring the disclosure of certain tax return information and an order restricting the defendant's use of this third party tax information only to prepare for the pending case.

On July 18, 2007, the grand jury in the District of Columbia returned an indictment charging defendant with one count of conspiracy in violation of 18 U.S.C. § 371 and twenty-two counts of aiding and assisting the preparation and filing of false income tax returns in violation of 26 U.S.C. § 7206(2). Section 6103 of the Internal Revenue Code provides that the government may not disclose tax return information except, among other things, to comply with discovery in criminal tax trials. The government intends to offer tax returns and tax return information of client taxpayers during its case-in chief at trial of the pending matters, accordingly, defendant is entitled to this information under Federal Rule of Criminal Procedure 16(a)(1)(E)(ii). Thus, the government requests an order requiring the government to disclose the relevant tax return information.

1

Furthermore, to ensure confidentiality of this tax information, the government respectfully requests an order limiting the defense use of this information only to assist the defense in the preparation for this pending criminal case.

## DISCUSSION

A. **Section 6103 Permits the Disclosure of Return Information To Comply with Discovery in Criminal Proceedings**

Section 6103 of the Internal Revenue Code generally proscribes the disclosure of tax returns and tax return information. 26 U.S.C. § 6103(a). "Returns" and "return information" under this section include, among other things, (i) claims for refunds and supporting schedules; (ii) information furnished to the Internal Revenue Service ("IRS") regarding the determination of tax liability; and (iii) information contained in IRS audit files. *Id.* §§ 6103(b)(1)-(2). Section 6103 permits the government to disclose return information in federal proceedings, however, to comply with its discovery obligations pursuant to F.R. Cr. Pr. 16. Specifically, disclosure of tax return information is appropriate "to the extent required by order of a court pursuant to section 3500 of title 18, United States Code, or rule 16 of the Federal Rules of Criminal Procedure, such court being authorized in the issuance of such order to give due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in this title." *Id.* § 6103(h)(4)(D).

B. **The Defense Is Entitled to Certain Tax Return Information**

The defendant has been charged with conspiracy to defraud the Internal Revenue Service and to violate 26 U.S.C. § 7206(2), and with aiding and assisting the preparation and presentation of false tax returns in violation of 26 U.S.C. § 7206(2). Specifically, the indictment alleges that defendant and co-conspirators prepared and caused others to file false U.S. individual income tax returns. As part of its case-in-chief, the government intends to introduce as evidence returns and return

information of the third-party taxpayer clients in whose names the false returns were filed. These facts, coupled with a request for discovery, trigger a discovery obligation pursuant to Rule 16. *See* Fed. R. Crim. P. 16(a)(1)(E)(ii). Accordingly, the government respectfully requests an order requiring the disclosure of such tax return information. *See* 26 U.S.C. § 6103(h)(4)(D).

Consistent with the statute's admonition to "give due consideration to congressional policy favoring the confidentiality" of returns and return information, *id.*, the government also requests that the defense be ordered to use this information only for trial preparation of this matter. Such a restriction protects both the confidentiality of the third-party return information and the defendant's rights.

## CONCLUSION

For these reasons, the government respectfully requests an order (1) requiring the government to disclose relevant return information and (2) restricting the defendant's use of this information. A proposed order is attached.

Date: July 25, 2007

Respectfully submitted,

RICHARD T. MORRISON
Acting Assistant Attorney General

By: _/s/ Karen E. Kelly_
Karen E. Kelly
VA Bar No. 35403
Patrick J. Murray
Trial Attorneys
United States Department of Justice-Tax Division
601 D Street, N.W.
Washington, DC 20530
(202) 616-3864
Karen.e.Kelly@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 07-176 (EGS) |
| DONALD H. ROBERTS, | : |
| Defendant. | : |

## ORDER TO DISCLOSE TAX RETURN INFORMATION

Upon Motion of the United States for an order requiring the disclosure of tax return information and limiting the defendant's use of that information, it is hereby

**ORDERED** that the government shall disclose tax returns and return information necessary to comply with Federal Rule of Criminal Procedure 16 in this matter; and

**IT IS FURTHER ORDERED** that defendant and counsel will make no disclosure of the tax returns and tax return information beyond that necessary for preparation of this case.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 24, 2007, a copy of the foregoing motion and proposed order was mailed first class postage pre-paid to:

> David A. Carris, Esq.
> Law Offices of David Carris, P.C.
> 7101 Wisconsin Avenue, Suite 1040
> Bethesda, MD 20814

 

_____
Patrick J. Murray
Trial Attorney