UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 07-176 (EGS) |
| DONALD H. ROBERTS, | : |
| Defendant. | : |

### ORDER TO DISCLOSE TAX RETURN INFORMATION

Upon Motion of the United States for an order requiring the disclosure of tax return information and limiting the defendant's use of that information, it is hereby

**ORDERED** that the government shall disclose tax returns and return information necessary to comply with Federal Rule of Criminal Procedure 16 in this matter; and

**IT IS FURTHER ORDERED** that defendant and counsel will make no disclosure of the tax returns and tax return information beyond that necessary for preparation of this case.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE