UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
                               )
vs.                            )    07-cr-00176 (EGS)
                               )
DONALD H. ROBERTS,             )
                               )
                               )
        Defendant.             )

**NOTICE OF APPEARANCE OF COUNSEL**

The Clerk of this Court will please note the appearance of Frederick D. Cooke, Jr, as co-counsel for Defendant Donald H. Roberts in the above-captioned matter.

Respectfully submitted,

_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 0657 (facsimile)

Co-Counsel for Donald H. Roberts