U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

**FILED**
JUL 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Case No. 07 Cr 176 (EGS)

DONALD R. ROBERTS,

Defendant.

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __31__ day of __July, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Today__ by __Special Agent Nicole Davis__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __U.S.S.__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Emmet G. Sullivan

COURT

DOJ USA-16-1-80