UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.  )  07-cr-00176 (EGS)

DONALD H. ROBERTS,

      Defendant.

### NOTICE OF APPEARANCE OF COUNSEL

The Clerk of this Court will please note the appearance of David A. Carris as co-counsel for Defendant Donald H. Roberts in the above-captioned matter.

Respectfully submitted,

_____
David A. Carris   D.C. Bar No. 431367

David A. Carris, P.C.
7101 Wisconsin Avenue, Suite 1040
Bethesda, Maryland 20814

301-986-5191
301-986-0259 (facsimile)

Co-Counsel for Donald H. Roberts