UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 07-176 (EGS) |
| : | |
| DONALD H. ROBERTS, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Based upon representations of counsel and concurrence of the defendant in this case, it is found that this case falls within the provisions of the Speedy Trial Act, as set forth at 18 U.S.C. § 3161(h)(8)(B)(ii), in that this case is factually and legally complex due to the nature of the prosecution and having found that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself within the time limits of 18 U.S.C. § 3161 *et seq.*, the Court hereby enters the following Order:

The time between and including November 15, 2007 through January 15, 2008 is excluded from the calculation of time under the Speedy Trial Act.  This exclusion of time is based upon a finding that the ends of justice support such as exclusion pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).

So Ordered.

_____
Judge Emmet G. Sullivan
District of the District of Columbia

2877528.1