UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-176 (EGS) |
| | : | |
| DONALD H. ROBERTS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## OBJECTION TO PROPOSED TRIAL DATES

By an order dated November 19, 2007, the Court proposed that the trial of this case commence on April 22 or April 29, 2008.  Both undersigned counsel for the Government have multi-week trials in other cases scheduled for that month, and are unavailable.  Consequently, the Government objects to scheduling the trial of this case in April 2008.  The Government proposes the following dates for the commencement of trial:  May 12, 2008 or June 23, 2008.  If neither of these dates are available, the Government proposes that the trial be scheduled for February 25, 2008 and the pretrial motions deadlines be accelerated accordingly.

Date:   November 19, 2007

                                                          Respectfully submitted,

                                                        RICHARD T. MORRISON
                                                        Acting Assistant Attorney General

                        By:   _____
                                                        Karen E. Kelly
                                                        Patrick J. Murray
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Tax Division
                                                        601 D Street, N.W.
                                                        Washington, DC 20530
                                                        (202) 514-5150

2883593.1