# UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
                                     )
vs.                                  )    07-cr-00176 (EGS)
                                     )
DONALD H. ROBERTS,                   )
                                     )
                                     )
        Defendant.                   )

## DEFENDANT'S OBJECTION TO TRIAL DATES

By Order dated November 19, 2007, this Court proposed that trial of the above-captioned matter commence on either April 22, 2008 or April 29, 2008. On November 19, 2007, counsel for the government filed an objection to those proposed trial dates based on the unavailability of government counsel on those dates. In its pleading, counsel for the government proposed that trial of the matter commence on either May 12, 2008, or June 23, 2008, and further proposed February 25, 2008 as an alternative date if either of the two later dates were unavailable.

Counsel for defendant (to include co-counsel) is unavailable to commence trial of this matter on February 25, 2008, but is available to commence trial of this matter on either May 12, 2008, or June 23, 2008.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608
Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
202 861 0870
202 429 0657 (facsimile)
Co-Counsel for Donald H. Roberts