UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> **v.** : <br> : <br> : <br> **DONALD H. ROBERTS,** : <br> : <br> **Defendant.** : <br> : | Criminal No. 07-176 (EGS) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please note the appearance of Mark F. Daly, Trial Attorney, Tax Division, U.S. Department of Justice, as co-counsel for the United States in the above-captioned actiuon.

Date:  March 9, 2008

                                            Respectfully submitted,

                                            NATHAN J. HOCHMAN
                                            Assistant Attorney General

By:      _____/s/_____
            Mark F. Daly
            MA Bar No. 640581
            Trial Attorney
            United States Department of Justice-Tax Division
            601 D Street, N.W.
            Washington, DC 20530
            Tel:  (202) 616-2245
            Fax:  (202) 616-1786
            Mark.F.Daly@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 9, 2008, a copy of the Entry of Appearance order was served on counsel for defendant by filing the same with the Electronic Case Filing system.

                                                /s/
                                     Mark F. Daly
                                     Trial Attorney