```
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES
    Plaintiff,

vs.                                    Criminal No. 07-176(EGS)

DONALD ROBERTS
    Defendant.


**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JUNE 26, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **JULY 3, 2008**; the Government's memorandum of law, if any shall be filed by no later than **JULY 10, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **JULY 17, 2008 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: April 30, 2008       EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE