UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 07- 176 (EGS) |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 371 – Conspiracy to defraud the |
| DONALD HEWITT ROBERTS. | : | United States by Preparing and Filing of |
| | : | False Individual Income Tax Returns |

## GOVERNMENT'S STATEMENT OF FACTS

1. DONALD HEWITT ROBERTS is a citizen of the United States. He is the sole owner of X-Press Refund Tax Service, a tax preparation business located at 2642 12th Street NE, Washington, DC.

2. During years 2001 through at least April 2005, ROBERTS' business prepared at least 2,500 individual income tax returns per year for tax years 2000 through 2004.

3. ROBERTS trained and hired employees for each year's tax season, some of whom returned from the previous year. Most, if not all, of these employees had no prior experience preparing tax returns before working at X-Press Refund Tax Service. ROBERTS and more senior employees trained the new employees. This training occurred on the job. As part of this training, ROBERTS improperly instructed and/or supervised his employees on how to claim specific deductions on a client's Form Schedule A (regardless of whether the client actually expended the funds). ROBERTS also answered any questions that the employees asked of him regarding a client's tax return.

3232112.2

4. ROBERTS prepared returns filed by X-Press Refund Tax Service and reviewed other returns prepared by X-Press Refund Tax Service employees before the returns were filed.

5. ROBERTS and the employees at X-Press Refund Tax Service prepared false individual income tax returns for clients for the tax years 2000 through 2004. These false returns resulted in the clients' receipt of refunds in amounts larger than what they were actually entitled. The returns were false as they included false line items on Forms Schedule A, false sole proprietorship businesses reported on Forms Schedule C, false Lifetime Learning Credits, false dependents, and false filing status.

6. The false Forms Schedule A typically included false or inflated charitable deductions, false or inflated tax preparation fees, and false or inflated unreimbursed employee expenses, including expenditures for uniforms, seminars, work tools, and union dues. The clients, however, neither incurred these expenses nor represented to either ROBERTS or his employees that they incurred these expenses.

7. The clients of X-Press Refund Tax Service included teachers, nurses, and law enforcement personnel (including officers of the United States Capitol Police).

8. For each of these professions, Roberts and the employees at X-Press Refund Tax Service used "standard" deductions for alleged unreimbursed job expenses, to include uniform purchases, dry cleaning, and mileage expenses, even though clients were not eligible for such deductions or did not incur the expenses.

10. With regard to law enforcement clients, ROBERTS represented to these clients that they were entitled to claim tax deductions for meals purchased and consumed while employed. ROBERTS claimed deductions of $2400 for "Meals per Supreme Ct ruling." ROBERTS

3232112.2

falsely represented to these clients that according to an alleged Supreme Court decision, law enforcement personnel were automatically entitled to take such a deduction regardless of whether such expense was incurred.

                        Respectfully submitted,

                        NATHAN J. HOCHMAN
                        ASSISTANT ATTORNEY GENERAL
                        Tax Division
                        United States Department of Justice

By:              /s/
                        KAREN E. KELLY
                        VA. Bar #35403
                        MARK DALY
                        MA. Bar # 640581
                        Trial Attorneys
                        Tax Division
                        601 D Street, N.W.
                        Washington, D.C. 20530
                        (202) 616-3864
                        Karen.e.Kelly@usdoj.gov