HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

AUG 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Donald H. Roberts          Docket No.: 07CR176

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Donald H. Roberts__ having been sentenced, on July 17, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __Lewisburg USP SCP__, in __Lewisburg, PA__ by 2 p.m., on __September 9, 2008__.

8/23/08
Date

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004